
## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| BOBBY FRANKLYN MYERS, JR. AND )<br>BARBARA ANN MYERS, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>BAC HOME LOANS SERVICING, LP, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>5:11-CV-00013-RRA |

### REPORT OF THE PARTIES' PLANNING MEETING

 1. **Discovery Conference.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on March 4, 2011 via teleconference and was attended by:

  John G. Watts for Plaintiffs Bobby Franklin Myers, Jr.
  and Barbara Ann Myers.

  Matthew T. Mitchell for Defendant BAC Home Loans Servicing, LP

 2. **Pre-Discovery Disclosures.** The parties will exchange by April 1, 2011 the information required by Fed.R.Civ.P. 26(a)(1).

 3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

  (a) Discovery will be conducted regarding the Plaintiff's claims and Defendants' defenses.

  (b) All discovery shall be commenced in time to be completed by November 4, 2011.

  (c) A maximum of thirty (30) interrogatories by each party to any other party. (Responses due 30 days after service).

1900441 v1

    (d)    A maximum of thirty (30) requests for admission by each party to any other party. (Responses due 30 days after service).

    (e)    A maximum of thirty (30) request for production by each party to any other party. (Responses due 30 days after service).

    (f)    A maximum of ten (10) depositions by the Plaintiff and ten (10) by the Defendants (not to include expert witness depositions), excluding depositions upon written questions. Depositions shall be limited to seven (7) hours unless extended by agreement of the parties.

    (g)    Reports from retained experts under Rule 26(a)(2) shall be due:

        (i)    From the Plaintiff by June 24, 2011, with said experts to be made available for deposition by July 22, 2011;

        (ii)    From the Defendants by August 19, 2011, with said experts to be made available for deposition by September 16, 2011;

    (h)    The parties have agreed to preserve all electronically stored information relevant to this matter and produce the same upon request.

    (h)    Supplementations under Rule 26(e) shall be due at least thirty (30) days before trial.

**4.**    **Other Items.**

    (a)    The parties do not request a conference with the Court before entry of the scheduling order.

    (b)    The parties request a pre-trial conference on February 27, 2012.

    (c)    Plaintiff shall be allowed until June 3, 2011 to join additional parties and to amend the pleadings.

    (d)    Defendants shall be allowed until July 8, 2011 to join additional parties and amend the pleading.

    (e)    All potentially dispositive motions should be filed by December 9, 2011.

(f) The potential for settlement cannot be adequately evaluated at this time.

(g) Final lists of witness and exhibits under Rule 26(a)(3) should be due from both parties thirty (30) days before the trial date.

(h) Parties should have fifteen (15) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

(i) The case should be ready for trial by March 19, 2012 and should take approximately one week to try.

5. **Consent to Magistrate Judge.** The parties do not consent at this time to proceed before a magistrate judge pursuant to 28 U.S.C. § 636.

Dated this the 4th day of March, 2011.

/s Matthew T. Mitchell
Alan D. Leeth (LEE038)
Matthew T. Mitchell (MIT050)

Attorneys for Defendant
BAC Home Loans Servicing, LP

**OF COUNSEL:**

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

John G. Watts
John G. Watts
Watts Law Group, PC
301 19th Street North
Birmingham, AL 35203
(205) 879-2447

Attorney for Plaintiffs
Bobby and Barbara Ann Myers